Peter R. Dion-Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:   (818) 883-4900
Fax:         (818) 883-4902
Email:       peter@dion-kindemlaw.com

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:   (213) 599-8255
Fax:         (213) 402-3949
Email:       lonnieblanchard@gmail.com

Attorneys for Plaintiff Joyce McCray-Key

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce McCray-Key, individually and on behalf of other similarly situated persons,<br><br>    Plaintiff,<br><br>    vs.<br><br>Sutter Health Sacramento Sierra Region, Sutter Solano Medical Center, and Does 1 through 100,<br><br>    Defendants. | **Case No. 15-CV-01514-JAM-CKD**<br>**CLASS ACTION**<br>*(Assigned to the Hon. John A. Mendez)*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL; ORDER THEREON** |

Plaintiff Joyce McCray-Key ("Plaintiff") and Defendants Sutter Health Sacramento Sierra Region and Sutter Solano Medical ("Defendants"), having settled this action on an individual basis, by and through their respective counsel of record, hereby stipulate as follows:

1.  Plaintiff hereby dismisses all claims and all causes of action as to all Defendants, brought individually on Plaintiff's own behalf, WITH PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**JOINT STIPULATED REQUEST FOR DISMISSAL**
**1**

2. Plaintiff hereby dismisses all claims and all causes of action as to all Defendants, brought on behalf of others, WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3. Plaintiff and Defendants agree to bear their own costs and attorney's fees.

IT IS SO STIPULATED.

DATED:  August 31, 2016

/s Thomas E. Geidt
Thomas E. Geidt
Grube Brown & Geidt, LLP
Attorneys for Defendants

DATED:  August 31, 2016

/s Peter R. Dion-Kindem
Peter R. Dion-Kindem
Peter R. Dion-Kindem, P.C.
Attorneys for Plaintiff Joyce McCray-Key

### Order

Based on the parties Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: 9/1/2016                          /s/ John A. Mendez_____

United States District Court Judge